| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE | |
| Case number *(if known)* | Chapter 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Embassy of the Seas Limited

**2. All other names debtor used in the last 8 years**   Dolphin Discovery

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   9624075

**4. Debtor's address**

**Principal place of business**
27 Old Gloucester Street, London, WCIN 3AX, United Kingdom
Number, Street, City, State & ZIP Code

N/A
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**   https://thedolphinco.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor    Embassy of the Seas Limited.    Case number (*if known*) _____
         Name

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7 1 3 1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes

Debtor    See attached Schedule 1    Relationship _____
District _____ When _____ Case number, if known _____

---

Debtor  **Embassy of the Seas Limited**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    See First Day Declaration [Docket No. 10]; Lead Case No. 25-10606 (LSS)

**Where is the property?** _____
　　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes    Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　　　☐ 1,000-5,000　　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　　☐ 5001-10,000　　　　　　☐ 50,001-100,000
☐ 100-199　　　　　　☐ 10,001-25,000　　　　　☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　☐ $50,000,001-$100 million　　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☒ $100,000,001-$500 million　　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　☐ $50,000,001-$100 million　　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☒ $100,000,001-$500 million　　☐ More than $50 billion

---

Debtor   Embassy of the Seas Limited                                  Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/04/2025
               MM / DD / YYYY

**X** /s/ Steven Robert Strom                              Steven Robert Strom
Signature of authorized representative of debtor           Printed name

Title   Authorized Person

**18. Signature of attorney**

**X** /s/ Robert S. Brady                          Date  05/04/2025
Signature of attorney for debtor                         MM / DD / YYYY

Robert S. Brady
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   302-571-6600        Email address   rbrady@ycst.com

2847 - DE
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On March 31, 2025, and April 16, 2025, as applicable, each of the affiliated entities listed below (collectively, the "**Initial Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  Pursuant to the Court's orders dated April 2, 2025 [Docket No. 32], and April 17, 2025 [Docket No. 68], the Initial Debtors' chapter 11 cases are being jointly administered, for procedural purposes only, pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Controladora Dolphin, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure, Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético, SA de C.V. |

2

On the date hereof, Embassy of the Seas Limited ("**Embassy**" and collectively with the Initial Debtors, the "**Debtors**") filed a petition for relief under chapter 11 of the Bankruptcy Code in the Court.  Contemporaneously with the filing of this petition, the Debtors are filing an order under certification of counsel directing joint administration of Embassy's chapter 11 case with the Initial Debtors' chapter 11 cases for procedural purposes only.

Embassy of the Seas Limited
(the "**Company**")

_____

Written resolutions of the Board of Directors of the Company (the "**Board**") passed in accordance with the articles of association of the Company (the "**Articles**").

_____

**1.   Purpose of resolutions**

1.1   The purpose of these written resolutions is for the Board to consider and, if thought appropriate, approve the filing of a petition (the "**Petition**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**2.   Background**

2.1   The Board notes that the Board, with the assistance of the legal and financial advisors of the Company, has been conducting a review of the business, financial, and operational circumstances of the Company, the strategic alternatives of the Company under the circumstances, and the recommendations of the Company's advisors.

**3.   Resolutions**

3.1   Following detailed consideration, the Board confirms that it is satisfied that the filing of the Petition is in the best interests of the Company and would be likely to promote the success of the Company for the benefit of its stakeholders as a whole.

IT IS ACCORDINGLY RESOLVED THAT

**Commencement of Chapter 11 Case**

the Board has determined, after consultation with the Chief Restructuring Officer (the "**CRO**") and the Company's advisors, that it is desirable and in the best interests of the Company and its stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court;

any officer or manager of the Company, including, without limitation, the Independent Director and CRO (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, verify, deliver and file, in the name and on behalf of the Company, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, affidavits, declarations, orders, notices and other papers (collectively, the "**Chapter 11 Filings**") (with such changes therein and additions thereto as such Authorized Officer may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by such Authorized Officer with any changes thereto to be conclusive evidence that such Authorized Officer deemed such changes to meet such standard) in the Bankruptcy Court, and, in connection therewith, to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including negotiating, executing, delivering, performing and filing any and all documents, schedules, statements, lists, papers, agreements, certificates and instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case, the transactions and professional retentions set forth in this resolution;

33150544.4

1

**Retention of Professionals**

in connection with the Chapter 11 Case, any Authorized Officer, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company, that such Authorized Officer deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard);

each of the entities set forth on **Schedule** "**A**" hereto is hereby retained in its respective capacity as the applicable advisor or professional for the Company in the Chapter 11 Case as set forth opposite its name therein, in each case, subject to Bankruptcy Court approval;

**General Authorizations; Ratification of Past Acts**

any Authorized Officer, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds that, in the judgment of such Authorized Officer, shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case, including (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, notes, certificates, or other documents that may be required, (ii) the execution, delivery, certification, recordation, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Officer, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Officer deemed the same to meet such standard;

any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

any Authorized Officer is expressly authorized, individually, with the right to substitution and expressly authorized to represent various parties in the same matter (multiple representation), to do and procure to be done or deliver all and any such acts and things as may be required, necessary of advantageous in his sole opinion in order to implement the aforementioned resolutions.

**4.    Approval of documents and execution**

4.1    For the purposes of the subject matter of these resolutions:

- in respect of any document to be signed on behalf of the Company, any director of the Company; and

- in respect of any deed to be executed by the Company; any two directors, or any director and the secretary of the Company, or any one director in the presence of an attesting witness,

is/are hereby authorised to finalise and to sign or execute (and in the case of deeds, deliver) for and on behalf of the Company, any document (including any deed) that is in substantially the same form as the documents considered by the board for the purposes of these resolutions, and any documents ancillary to those documents, and with any amendments to any of them as any such person shall in their absolute discretion deem necessary or appropriate (as evidenced conclusively by their signing the relevant document on behalf of the Company).

33150544.4

2

4.2 Any director of the Company be and is hereby authorised to do any other thing and sign or execute any other document (including, provided that the director signs in the presence of an attesting witness, any deed) that they shall in their absolute discretion deem necessary or appropriate to effect the matters approved by the board under these resolutions.

4.3 A person authorised by these resolutions to sign or execute any document may do so by any means, including any form of electronic signature, as the person sees fit.

4.4 Any and all actions taken by any director of the Company, and documents entered into by them on behalf of the Company, before the date of these resolutions, in connection with any of the foregoing, be and are hereby approved, confirmed and ratified in all respects.

33150544.4

   /s/ Steven Robert Strom

**Name: Steven Robert Strom**

Independent Director

Date: May 4, 2025

33150544.4

**Schedule "A"**

| Entity Name and Location | Capacity as Advisor or Professional |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Counsel to the Company |
| Riveron Management Services, LLC | Restructuring Advisor to the Company |

33150544.4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EMBASSY OF THE SEAS LIMITED,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ (__) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "**Debtor**") hereby states as follows:

1. For purposes of this chapter 11 case, the Debtor's mailing address is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2. Debtor is wholly owned by Controladora Dolphin SA de C.V., whose mailing address is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

33146884.1

**Fill in this information to identify the case:**

Debtor name  Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders on a Consolidated Basis    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HAWKS CAY RESORTS<br>REGGIE COOPER<br>61 HAWKS CAY BLVD<br>DUCK KEY, FL 33050 | REGGIE COOPER<br>EMAIL:<br>REGGIE.COOPER@HAWKSCAY.COM | LEASE | | | | $337,202.74 |
| 2 | BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.<br>KIM READ, LYNN ROSSI<br>4800 DEERWOOD CAMPUS PARKWAY<br>JACKSONVILLE, FL 32231 | KIM READ, LYNN ROSSI<br>EMAIL: KIM.READ@BCBSFL.COM;<br>LYNN.ROSSI@FLORIDABLUE.COM | BENEFITS | | | | $260,500.64 |
| 3 | ATLANTIC/PACIFIC<br>PO BOX 874<br>NORTH KINGSTOWN, RI 02852 | EMAIL:<br>INFO@ATLANTICPACIFICUSA.COM | OPERATIONS (FISH) | | | | $93,525.69 |
| 4 | FLORIDA POWER & LIGHT COMPANY (NEXTRA ENERGY, INC)<br>KEITH FERGUSON, MARCIA PARIS<br>700 UNIVERSE BLVD<br>JUNO BEACH, FL 33408 | KEITH FERGUSON, MARCIA PARIS<br>EMAIL: KEITH.FERGUSON@FPL.COM;<br>PMP.PARIS@FPL.COM | UTILITIES | | | | $92,672.69 |

Debtor __Embassy of the Seas Limited_____      Case number (*if known*)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | ENVISION HEALTHCARE HOLDINGS, INC.<br>J. MICHAEL BRUFF, HENRY J KRUSE<br>145 W. OSTEND STREET SUITE 205<br>BALTIMORE, MD 21230 | J. MICHAEL BRUFF, HENRY J KRUSE EMAIL: MICHAEL.BRUFF@ENVISIONHEALTH.COM; HANK@ENVISIONHEALTHCARE.COM | BENEFITS | | | | $90,640.40 |
| 6 | BIONIC ZOO & AQUARIUM, INC<br>STEVEN GIL, PATRICK LYNCH<br>95 NW 13TH AVE<br>POMPANO BEACH, FL 33069 | STEVEN GIL, PATRICK LYNCH EMAIL: INFO@BIONICBAIT.COM; SGIL@BIONICBAIT.COM; PATRICK@BIONICBAIT.COM | OPERATIONS (BAIT) | | | | $88,974.51 |
| 7 | ACENTRIA, INC.<br>KEVIN MASON, MARY M. LAWLESS<br>4634 GULFSTARR DR<br>DESTIN, FL 32541 | KEVIN MASON, MARY M. LAWLESS EMAIL: KEVIN.MASON@ACENTRIA.COM; MARY.LAWLESS@ACENTRIA.COM | INSURANCE | | | | $70,291.22 |
| 8 | AKERMAN LLP<br>WENDI RAYMOND, DAVID RISTAINO<br>98 SE 7TH ST #1100<br>MIAMI, FL 33131 | WENDI RAYMOND, DAVID RISTAINO EMAIL: WENDI.RAYMOND@AKERMAN.COM; DAVID.RISTAINO@AKERMAN.COM | PROFESSIONAL SERVICES | | | | $62,712.00 |
| 9 | JORGE LUIS LOPEZ LAW FIRM, LLC.<br>MARILE LOPEZ, JORGE LUIS<br>2665 S BAYSHORE DR #1103<br>COCONUT GROVE, FL 33133 | MARILE LOPEZ, JORGE LUIS EMAIL: MARILE@LOPEZGOVLAW.COM; JORGELUIS@LOPEZGOVLAW.COM | PROFESSIONAL SERVICES | | | | $60,000.00 |
| 10 | SEA SYNERGY MARINE AWARENESS & ACTIVITY CENTRE<br>ACARD BUILDING<br>THE MARINA<br>CAHERSIVEEN<br>CO.KERRY, V23 Y925<br>IRELAND | EMAIL: INFO@SEASYNERGY.ORG | OPERATIONS (CONSULTING) | | | | $57,180.27 |
| 11 | IDEXX LABORATORIES, INC.<br>ANDREW EMERSON, TINA HUNT<br>ONE IDEXX DRIVE<br>WESTBROOK, ME 04092 | ANDREW EMERSON, TINA HUNT EMAIL: ANDREW-EMERSON@IDEXX.COM; CHRISTINE-WHICHARD@IDEXX.COM | OPERATIONS (VET) | | | | $56,439.12 |

Debtor  Embassy of the Seas Limited                                   Case number (*if known*)
          *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | JPMORGAN CHASE & CO. MAUREEN A WHARTON 70 PARK AVENUE NEW YORK, NY 10017 | MAUREEN A WHARTON EMAIL: MAUREEN.A.WHARTON@CHASE.COM | FINANCIAL INSTITUTION | | | | $53,503.65 |
| 13 | ALLIANCE FOR MARINE MAMMAL PARKS & AQUARIUMS KATHLEEN DEZIO 218 N. LEE STREET STE. 200 ALEXANDRIA, VA 22314 | KATHLEEN DEZIO EMAIL: KDEZIO@AMMPA.ORG | OPERATIONS (RESEARCH/ RESCUE) | | | | $42,455.00 |
| 14 | MIAMI-DADE WATER AND SEWER DEPARTMENT (WASD) AMANDA KINNICK 3071 SW 38TH AVE MIAMI, FL 33146 | AMANDA KINNICK EMAIL: AMANDA.KINNICK@MIAMIDADE.GOV | UTILITIES | | | | $42,138.31 |
| 15 | XPAND STAFFING, LLC ELOY RODRIGUEZ 8870 W OAKLAND PARK BLVD SUITE 104 SUNRISE, FL 33351 | ELOY RODRIGUEZ EMAIL: ERODRIGUEZ@XPANDSTAFFING.COM | STAFFING | | | | $40,582.31 |
| 16 | GORDON FOOD SERVICE STORE 1300 GEZON PARKWAY SW WYOMING, MI 49509 | EMAIL: STORE@GFS.COM | OPERATIONS (FOOD SERVICE) | | | | $39,976.66 |
| 17 | CHARLES PRODUCTS, INC. 12290 WILKINS AVE ROCKVILLE, MD 20852 | EMAIL: INFO@CHARLESPRODUCTS.COM | ADVERTISING, GRAPHIC DESING | | | | $39,614.18 |
| 18 | PROMOTIONS GUY LLC RYAN SCHRAFFENBERGER 5409 OVERSEAS HWY STE 308 MARATHON, FL 33050 | RYAN SCHRAFFENBERGER EMAIL: RYAN@PROMOTIONSGUY.COM | OPERATIONS (MARKETING) | | | | $37,977.53 |

Debtor  Embassy of the Seas Limited
          Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  J&J SNACK FOODS CORP. 265 MASON ROAD LA VERGNE, TN 37086 | EMAIL: CONSUMERRELATIONS@JJSNACK.COM | OPERATIONS (FOOD SERVICE) | | | | $34,359.54 |
| 20  TECH EAGLES IT TJ SCOTT, RANDALL GARNER 740 VOLUNTEER PKWY SUITE 2 BRISTOL, TN 37620 | TJ SCOTT, RANDALL GARNER EMAIL: TJ@HOLSTONIT.COM; RANDALLG@TECHEAGLES.COM | IT | | | | $30,912.08 |
| 21  HARRINGTON INDUSTRIAL PLASTICS LLC 14480 YORBA AVENUE CHINO, CA 91710 | EMAIL: CREDITSERVICES@HIPCO.COM | OPERATIONS (MAINTINANCE) | | | | $30,020.05 |
| 22  ALLIED UNIVERSAL SECURITY SERVICES, LLC MIMI LANFRANCHI, JOSEPH LO BLANCO 161 WASHINGTON STREET SUITE 600 CONSHOHOCKEN, PA 19428 | MIMI LANFRANCHI, JOSEPH LO BLANCO EMAIL: MIMI.LANFRANCHI@AUS.COM; JOSEPH@USSECURITYASSOCIATES.COM | OPERATIONS (SECURITY) | | | | $29,548.96 |
| 23  JACOBY DEVELOPMENT ARMOND A VARI 8200 ROBERTS DR SUITE 475 ATLANTA, GA 30350 | ARMOND A VARI EMAIL: AVARI@JACOBYDEVELOPMENT.COM | LEASE | | | | $24,899.75 |
| 24  HACH COMPANY P.O. BOX 389 LOVELAND, CO 80539 | EMAIL: SUPPORT@HACH.COM; ORDERS@HACH.COM | OPERATIONS (WATER TESTING) | | | | $24,558.29 |
| 25  ATLANTIC AWNINGS & METAL WORKS INC 7410 W 18TH LN HIALEAH, FL 33014 | EMAIL: SALES@ATLANTICAWNINGS.COM; OFFICE@ATLANTICAWNINGS.COM | OPERATIONS (AWNINGS) | | | | $22,000.00 |

Official Form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims           page 4

Debtor  Embassy of the Seas Limited
           Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | P1 FINANCE HOLDINGS BILL VILLARI, LORI COLEMAN P.O. BOX 922025 NORCROSS, GA 30010-2025 | BILL VILLARI, LORI COLEMAN EMAIL: BVILLARI@P1FINANCE.COM; LCOLEMAN@P1FINANCE.COM | INSURANCE | | | | $19,918.03 |
| 27 | HVAC RNTL LLC 6029 CAMPUS CIRCLE DR W SUITE 100 IRVING, TX 75063 | EMAIL: TIPSPO@TIPS-USA.COM | OPERATIONS | | | | $18,867.90 |
| 28 | NAPOLEON LAW FIRM PLLC 8225 MEMPHIS ARLINGTON RD MEMPHIS, TN 38133 | EMAIL: ASSISTANT@NAPOLEONFIRM.COM | PROFESSIONAL SERVICES | | | | $18,800.00 |
| 29 | COMCAST CORPORATION ROLAND TROMBLEY 55 W 46TH ST FLOORS 33 & 34 NEW YORK, NY 10036 | ROLAND TROMBLEY EMAIL: ROLAND@EFFECTV.COM | ADVERTISING | | | | $18,000.00 |
| 30 | FOOD DISTRIBUTOR & RESTAURANT SUPPLY POWELL GREG GRUBER, PRESIDENT, MICHELLE BURMESTER, PRESIDENT 211 ALTON, HALL RD CAIRO, GA 39828 | GREG GRUBER, PRESIDENT, MICHELLE BURMESTER, PRESIDENT EMAIL: GREG.GRUBER@PFGC.COM; MLBURMESTER@RFSDELIVERS.COM | OPERATIONS (FOOD SERVICE) | | | | $17,007.95 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 5

**Fill in this information to identify the case and this filing:**

Debtor Name  Embassy of the Seas Limited

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/04/2025
MM / DD / YYYY

✗ /s/ Steven Robert Strom
Signature of individual signing on behalf of debtor

Steven Robert Strom
Printed name

Authorized Person
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**