**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
EMBASSY OF THE SEAS LIMITED (CASE NO. 25-10818)**

---

[1]  Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| LEISURE INVESTMENTS HOLDINGS LLC, | ) |
| *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 25-10606 (LSS)

(Jointly Administered)

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND METHODOLOGY, DISCLAIMERS, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Leisure Investments Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") have filed their respective *Schedules of Assets and Liabilities* (each, a "**Schedule**," and collectively, the "**Schedules**") and *Statements of Financial Affairs* (each, a "**Statement**," and collectively, the "**Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), under section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes and Statement of Limitations, and Methodology, Disclaimers, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors' financial records are located and prepared primarily in Cancun, Mexico according to International Financial Reporting Standards ("**IFRS**") and local requirements, as applicable, but the Schedules and Statements do not purport to represent financial statements prepared in accordance with IFRS or in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared for the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, verification, and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

basis.  Because the accounting systems, policies, and practices of the Debtors were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

The Schedules and Statements are unaudited and subject to adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  Although the Debtors have made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  There can be no assurance that the Schedules and Statements are complete. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements, as may be necessary or appropriate.

The Debtors and their management, agents, attorneys, and financial advisors, professionals, and other representatives (collectively, the "**Advisors and Representatives**") do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to revise the information provided in the Schedules and Statements, or to notify any third party should the information be revised or modified, except as required by applicable law.

The Schedules and Statements have been signed by Robert Wagstaff in his capacity as Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Wagstaff has necessarily relied upon the efforts, statements, and representations of the Debtors' various personnel and advisors.  Mr. Wagstaff has not (and could not have) personally verified the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, as applicable, correctly and with an effort to avoid duplication based on the financial information available to the Debtors, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items.

## <u>Global Notes and Overview of Methodology</u>

1.     <u>**Description of Cases**</u>.  On March 31, 2025, all of the Debtors other than Controladora Dolphin, S.A. de C.V. ("**Controladora**") and Embassy of the Seas Limited ("**Embassy**") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the Court.  On April 16, 2025 and May 4, 2025 (the applicable date on which each Debtor filed its chapter 11

case, the "**Petition Date**"), Controlodora and Embassy, respectively, also filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only under the lead case, *In re Leisure Investments Holdings LLC, et al.*, Case No. 25-10606 (LSS) (Bankr. D. Del.). The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements in all respects as may be necessary and appropriate; (ii) dispute or assert, offsets, setoffs, or defenses to, any claim reflected on the Schedules and Statements as to the amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," and/or "unliquidated"; or (iv) object to the extent, validity, enforceability, priority or avoidability of any claim regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," and/or "unliquidated." Further, nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization, or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

3.     **Basis of Presentation**. The Debtors historically prepared consolidated quarterly and annual unaudited consolidated financial statements. Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis. Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically.

The Schedules and Statements reflect the best available estimate of assets and liabilities of each Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the available data extracted from the Debtors' books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

4.     **Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of March 31, 2025.

5.     **Currency**. All amounts are reflected in U.S. dollars, unless otherwise indicated. For the sole purpose of the Schedules and Statements, foreign currency amounts have been converted to U.S. Dollars as of the Petition Date using published exchange rates.[2]

---

[2]     The applicable exchange rate for Mexican Peso denominated values is MXN/USD 0.049. The applicable exchange rate for Pound Sterling denominated values is 1.29 GBP/USD. The applicable exchange rate for Euro denominated values is 1.09 EUR/USD.

6.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expenses.  Actual results could differ materially from these estimates.

7.    **Causes of Action**.  Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights to pursue any and all claims and causes of action against any and all third parties.

8.    **Undetermined, To Be Determined or Unknown Amounts**.  The description of an amount as "undetermined," "to be determined," "unliquidated", or "unknown" is not intended to reflect upon the materiality of such amount.

9.    **Net Book Value of Assets**.  The Debtors' have presented the net book value of their assets as of March 31, 2025.   As it would be prohibitively expensive and an inefficient use of estate resources for the Debtors to obtain current economic valuations for  all of their assets, unless otherwise noted, the carrying value on the Debtors' books (e.g., net book value), rather than current economic values, is reflected on the Schedules and Statements, where applicable.  The net book values of certain assets may be materially different from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the Debtors' disclosure statement and chapter 11 plan.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

10.    **Cash Management System**. The Debtors use an integrated, centralized cash management system through which the Debtors pay disbursements on account of liabilities and expenses.   As a result, certain payments in the Schedules and Statements may have been made by one entity on behalf of another entity through the operation of the consolidated cash management system (the "**Cash Management System**").

11.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) omit credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments.  The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules and Statements, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

12.    **Executory Contracts**.  Due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the Debtors have been unable to

list the majority of their executory contracts and unexpired leases.  Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any executory contracts or unexpired leases identified in the Schedules or Statements, including whether such contracts: (i) constitute executory contracts within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, and may amend or supplement the Schedules and Statements when additional documents have been identified.

13.    **Intercompany Transactions**.  In the ordinary course of business, the Debtors and their non-Debtor affiliates engage in intercompany transactions (the "**Intercompany Transactions**"), which result in intercompany receivables and payables (the "**Intercompany Claims**").  Known and assumed prepetition receivables and payables among and between the Debtors and affiliates are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtors' books and records. Intercompany Claims are presented based on the Debtors' current books and records; however, the corresponding balances between entities may not align due to foreign exchange, timing, reconciliation status, or other accounting differences. The Debtors reserve all rights to amend, modify, or supplement the Intercompany Claims as additional information becomes available, or reconciliations are completed.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

14.    **Liabilities**.  Unless otherwise indicated, liabilities on the Schedules and Statements reflect net book values as of the Petition Date.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined."  Further, liabilities such as certain deferred liabilities, accruals, or general reserves, if any, are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor.   Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

15.    **Payments on Account of Prepetition Debt**.  Due to obstruction from prior management, the Debtors were unable to gain meaningful access to their books and records until June 2025. Based on the Debtors' review of the books and records, it appears that prior management made payments on account of prepetition debts in the postpetition period during the Chapter 11 Cases. The Debtors are currently investigating these payments and reserve all rights with respect thereto. Accordingly, certain outstanding liabilities that have been reduced or satisfied by postpetition payments made on account of prepetition liabilities may not be listed in the Schedules and Statements or have been designated as "unknown" or "to be determined."  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other actions as necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  The estimate of claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Court.

16.  **Liens**.  The inclusion of creditors on Schedule D is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.   Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.

17.  **Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  The listing of a person as an "insider," is included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. The Debtors reserve the right to dispute whether someone identified as an insider herein is in fact an "insider" as within the meaning of section 101(31) of the Bankruptcy Code or otherwise.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B Notes**.

- Cash and Cash Equivalents (AB1 through AB5).  The reported bank balances and cash on hand have been, in some instances, converted into U.S. dollars as of the Petition Date.

- Deposits (AB7).   The Debtors have made reasonable efforts to identify all deposits. However, the Schedules may not reflect an exhaustive list of deposits.  The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn postpetition by the counterparty.

- Inventory (AB19 through AB26).  Items listed in AB19-26 are scheduled according to their net book value.

**Schedule D Notes**.

- Except as otherwise agreed in accordance with any stipulation and order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.   The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "undetermined" because the value of the collateral securing such potential claims is unknown.

- The descriptions provided on Schedule D are intended only as a summary.   Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.   Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- Schedule E/F may contain information regarding pending litigation involving the Debtors.   The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.     Additionally, the placing of a contract or lease onto Schedule  G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract.

- Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.   In addition, as detailed above, due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the majority of the Debtors executory contracts and unexpired leases have not been listed.  The Debtors are continuing to obtain such documents and expressly reserve their right  to  amend the  Schedules  as  necessary.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.   Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.   In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

33341693.4

**<u>Schedule H Notes</u>**.

- In certain instances, a Debtor may be a guarantor or co-obligor with respect to certain executory contracts, unexpired leases, secured financings, debt instruments and other similar agreements or scheduled claims of other Debtors. Such guaranties may not be included on Schedule H. The Debtors reserve all rights to amend the Schedules to the extent additional guaranties are identified.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement Question 3 – 90 Day Payment/Question 4 – Payments to Insiders**.

Pursuant to the Cash Management System, certain Debtor obligations may be funded by a different Debtor.  Payments are reported on the Statement of the Debtor that made the payment directly to the creditor.

**Statement Question 4 – Payments to Insiders**.  The inclusion of any payments in response to Question 4 is not a concession that the applicable recipient of any such payments was in fact an "insider" within the meaning of section 101(31) of the Bankruptcy Code or otherwise.  For more detail, please refer to Global Note "Insiders."

**Statement Question 7 – Legal Actions**.  Certain litigation actions against one Debtor may relate to other Debtors.  The Debtors have made commercially reasonable efforts to identify all current pending litigation involving the Debtors and to record these actions in the Statements of the Debtor that is party to the action.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim currently pending or that may arise in the future.  As the Debtors continue to operate their business, additional litigation actions may arise as a result thereof.  Accordingly, the Debtors reserve the right to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

**Statement Question 28 and 29 – Current and Former Officer and Directors**.  The Debtors have made commercially reasonable efforts to list the known current and former officers and directors for each Debtor entity based on a review of existing books and records and other available information which may not be complete and updated as of the Petition Date. While this information is based on a review of the best historical information available, inadvertent errors or omissions may exist.

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

      Copy line 88 from *Schedule A/B* ............................................................................................

$ _____ 0.00

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* .........................................................................................

$ _____ 4,782.36

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ............................................................................................

$ _____ 4,782.36

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......................

$ _____ 223,758,666.09

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................

$ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................

+ $ _____ 35,057,932.56

4. **Total liabilities**

    Lines 2 + 3a + 3b ...................................................................................................................

$ _____ 258,816,598.65

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 None | | | $ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 PNC Bank, National Association | Operating Account | 5741 | $ 3,956.78 |
| 3.2 Wise Business | Operating Account | 1128 | $ 825.58 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | $ |
| **5. Total of Part 1** | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 4,782.36 |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*: 25-10818

---

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   _____  $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   _____  $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ _____ 0.00

Debtor: Embassy of the Seas Limited

Name

Case number *(if known):*   25-10818

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

|  | | Description | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➜ | $ _____ |
| 11b. | Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➜ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

| Debtor: | Embassy of the Seas Limited | Case number *(if known):* | 25-10818 |
|---|---|---|---|
| | Name | | |

---

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ | |
|---|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | | % of ownership: | | | |
|---|---|---|---|---|---|
| 15.1 Zoomarine Italia SPA | | 100.00% | | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ | |
|---|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| $ | 0.00 |
|---|---|

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*: 25-10818

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor: | Embassy of the Seas Limited | Case number *(if known):* | 25-10818 |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☑ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
   Add lines 28 through 32. Copy the total to line 85.

   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
   - ☐ No
   - ☐ Yes. Is any of the debtor's property stored at the cooperative?
     - ☐ No
     - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☐ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*: 25-10818
_____

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Embassy of the Seas Limited

Name

Case number *(if known):* 25-10818

---

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| **49. Aircraft and accessories** | | | |
| | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*:  25-10818

---

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor: Embassy of the Seas Limited

Name

Case number (if known): 25-10818

---

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| 61.1 www.zoomarine.it/ | $ Undetermined | | $ Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known):* 25-10818
_____

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)      Total face amount      doubtful or uncollectible accounts

71.1 None      $ _____ - $ _____ =..... ➔ $ _____ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None      Tax year      $ _____

73. **Interests in insurance policies or annuities**

73.1 None      $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 To be Determined      $      Undetermined

Nature of claim      _____

Amount requested      $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None      $ _____

Nature of claim      _____

Amount requested      $ _____

76. **Trusts, equitable or future interests in property**

76.1 None      $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 None      $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ _____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Embassy of the Seas Limited | Case number *(if known):* | 25-10818 |
| --- | --- | --- | --- |
| | Name | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,782.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 4,782.36 + 91b. | $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................ | | $ 4,782.36 |

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**

Cigna Health and Life Insurance Company
Creditor's Name

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 29,450,698.24    $    Unliquidated

**Creditor's mailing address**

Attention: Fixed Income Securities
Notice Name

900 Cottage Grove Road
Street

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| Bloomfield | CT | 06002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

Lenny.Mazlish@CignaHealthcare.com,
Graham.Bradler@CignaHealthcare.com,
CIMFixedIncomeSecurities@Cigna.com

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**    6/8/2020,6/27/20 22

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines

See above

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | Embassy of the Seas Limited | Case number (if known): | 25-10818 |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Leisure Investment Funding LLC

Creditor's Name

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 105,951,075.00   $   Unliquidated

**Creditor's mailing address**

Attn: Real Estate Asset Management

Notice Name

9 West 57th Street, 40th Floor

Street

**Describe the lien**

Secured second priority lien

| New York | NY | 10019 |
| City | State | ZIP Code |

Country

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Creditor's email address, if known**

sreassetmgmt@sculptor.com

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**Date debt was incurred** 6/27/2022

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

See Above

☒ Yes. The relative priority of creditors is specified on lines

See above

*NOTE: Total claim amount is $105,951,075.00 plus interest, fees, and costs*

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*: 25-10818

| Part 1: | **Additional Page** |
|---------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.3 **Creditor's name**

Prudential Legacy Insurance Company of New Jersey

Creditor's Name

**Creditor's mailing address**

Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

**Date debt was incurred**    6/8/2020,6/27/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines

   See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 38,700,319.07      $      Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Embassy of the Seas Limited | Case number *(if known):* | 25-10818 |
|---|---|---|---|
| | Name | | |

## Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

**2.4 Creditor's name**

The Prudential Insurance Company of America

Creditor's Name

**Creditor's mailing address**

Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

| **Date debt was incurred** | 6/8/2020,6/27/2022 |
|---|---|

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☒ Yes. Have you already specified the relative priority?

    - ☐ No. Specify each creditor, including this creditor, and its relative priority. _____

    - ☒ Yes. The relative priority of creditors is specified on lines

        See above _____

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor         $      49,656,573.78   $      Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$      223,758,666.09

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Baker & McKenzie LLP | | | Line  2.1 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line  2.3 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line  2.4 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: Embassy of the Seas Limited
Name

Case number (if known): 25-10818

Latham & Watkins LLP                                                                Line  2.2
Name

Attn: Whit Morley
Notice Name

220 North Wabash Avenue
Street

Suite 2800

Chicago                              IL                    60611
City                                 State                 ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ _____ | $ _____ |
| | *Check all that apply.* | |

Creditor Name

☐   Contingent

Creditor's Notice name

☐   Unliquidated

☐   Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐   No

☐   Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

Quintana Roo

| Cancun | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                20,893,252.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

Quintana Roo

| Cancun | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                11,964,029.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Embassy of the Seas Limited

Case number *(if known)*: 25-10818

3.3 **Nonpriority creditor's name and mailing address**

Dtraveller Limited (Cayman)
Creditor Name

Creditor's Notice name

94 Solaris Ave
Address

| Grand Cayman | | KY1-1209 |
|---|---|---|
| City | State | ZIP Code |

Cayman Islands
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 236.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

3.4 **Nonpriority creditor's name and mailing address**

TOURS R US LTD
Creditor Name

Creditor's Notice name

Blvd. Kukulcan Km 6.5
Address

| Cancún | QR | 77500 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,061.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*    25-10818

---

3.5 **Nonpriority creditor's name and mailing address**

Zoomarine Italia SPA

Creditor Name

Creditor's Notice name

Via dei Pescatori

Address

| | | |
|---|---|---|
| Torvaianica RM | | 00071 |
| City | State | ZIP Code |

Italy

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    139,222.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.6 **Nonpriority creditor's name and mailing address**

Zoomarine Italia SPA

Creditor Name

Creditor's Notice name

Via dei Pescatori

Address

| | | |
|---|---|---|
| Torvaianica RM | | 00071 |
| City | State | ZIP Code |

Italy

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,853,724.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*: 25-10818
_____

3.7 **Nonpriority creditor's name and mailing address**

Zoomarine Italia SPA
_____
Creditor Name

_____
Creditor's Notice name

Via dei Pescatori
_____
Address

_____

_____

Torvaianica RM _____ | _____ | 00071 _____
City | State | ZIP Code

Italy
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 198,404.83
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Intercompany
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| Name<br><br>Notice Name<br><br>Street<br><br><br><br>City   State   ZIP Code<br><br>Country | Line<br><br>☐ Not Listed.Explain | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 35,057,932.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 35,057,932.56 |

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Name |
|  | Notice Name |
| **State the term remaining** | Address |
| **List the contract number of any government contract** |  |
|  | City / State / ZIP Code |
|  | Country |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Embassy of the Seas Limited |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 25-10818 (LSS) |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Cigna Health and Life Insurance Company | ☒ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun　　　　　77500 | | |
| | City　　　State　ZIP Code | | |
| | Mexico | | |
| | Country | | |
| 2.2 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Leisure Investment Funding LLC | ☒ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun　　　　　77500 | | |
| | City　　　State　ZIP Code | | |
| | Mexico | | |
| | Country | | |

| Debtor: | Embassy of the Seas Limited | | Case number *(if known):* | 25-10818 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|

Street
Zona Hotelera, C.P.

☐ E/F

☐ G

| | | Cancun | | 77500 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.4 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|

Street
Zona Hotelera, C.P.

☐ E/F

☐ G

| | | Cancun | | 77500 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.5 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|

Street

☐ E/F

☐ G

| | | Cancun | | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.6 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|

Street

☐ E/F

☐ G

| | | Cancun | | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.7 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|

Street

☐ E/F

☐ G

| | | Cancun | | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

Debtor: Embassy of the Seas Limited

Case number *(if known):* 25-10818

Name

| 2.8 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|

Street

☐ E/F

☐ G

| Cancun | | |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| 2.9 | Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|

Street

Zona Hotelera, C.P.

☐ E/F

☐ G

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| 2.10 | Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|

Street

Zona Hotelera, C.P.

☐ E/F

☐ G

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| 2.11 | Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|

Street

Zona Hotelera, C.P.

☐ E/F

☐ G

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| 2.12 | Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|

Street

Zona Hotelera, C.P.

☐ E/F

☐ G

| Cancun | | 77500 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

Debtor: Embassy of the Seas Limited
Name

Case number (if known): 25-10818

| 2.13 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77504 | | |
| | | City      State      ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.14 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77504 | | |
| | | City      State      ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.15 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77504 | | |
| | | City      State      ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.16 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77504 | | |
| | | City      State      ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.17 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | |
| | | Suite 2110 | | ☐ E/F |
| | | | | ☐ G |
| | | Miami      FL      33131 | | |
| | | City      State      ZIP Code | | |
| | | Country | | |

Debtor: Embassy of the Seas Limited

Case number *(if known):* 25-10818

| 2.18 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Leisure Investment Funding LLC | ☒ D |
|---|---|---|---|---|
| | Name | Street | | |
| | | Suite 2110 | | ☐ E/F |
| | | | | ☐ G |
| | | Miami | FL | 33131 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| 2.19 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Prudential Legacy Insurance Company of New Jersey | ☒ D |
|---|---|---|---|---|
| | | Street | | |
| | | Suite 2110 | | ☐ E/F |
| | | | | ☐ G |
| | | Miami | FL | 33131 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| 2.20 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | The Prudential Insurance Company of America | ☒ D |
|---|---|---|---|---|
| | | Street | | |
| | | Suite 2110 | | ☐ E/F |
| | | | | ☐ G |
| | | Miami | FL | 33131 | |
| | | City | State | ZIP Code | |
| | | Country | | |

| 2.21 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☒ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.22 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☒ D |
|---|---|---|---|---|
| | | Street | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known):*  25-10818
_____

| 2.23 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City    State | ZIP Code | | |
| | | Mexico | | | |
| | | Country | | | |

| 2.24 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City    State | ZIP Code | | |
| | | Mexico | | | |
| | | Country | | | |

| 2.25 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City    FL | 32413 | | |
| | | City    State | ZIP Code | | |
| | | Country | | | |

| 2.26 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City    FL | 32413 | | |
| | | City    State | ZIP Code | | |
| | | Country | | | |

| 2.27 | Gulf World Marine Park, Inc. | 15421 Front Beach Road | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | Panama City    FL | 32413 | | |
| | | City    State | ZIP Code | | |
| | | Country | | | |

Debtor: Embassy of the Seas Limited
Name

Case number *(if known):* 25-10818

| 2.28 Gulf World Marine Park, Inc. | 15421 Front Beach Road | The Prudential Insurance Company of America | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Panama City     FL     32413 | | |
| | City     State     ZIP Code | | |
| | Country | | |

| 2.29 GWMP, LLC | 15421 Front Beach Road | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Panama City     FL     32413 | | |
| | City     State     ZIP Code | | |
| | Country | | |

| 2.30 GWMP, LLC | 15421 Front Beach Road | Leisure Investment Funding LLC | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Panama City     FL     32413 | | |
| | City     State     ZIP Code | | |
| | Country | | |

| 2.31 GWMP, LLC | 15421 Front Beach Road | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Panama City     FL     32413 | | |
| | City     State     ZIP Code | | |
| | Country | | |

| 2.32 GWMP, LLC | 15421 Front Beach Road | The Prudential Insurance Company of America | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Panama City     FL     32413 | | |
| | City     State     ZIP Code | | |
| | Country | | |

Debtor:  Embassy of the Seas Limited

Name

Case number *(if known):*  25-10818

| 2.33 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
|------|--------------------------------|------------------------------|------------------------------------------|------|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |

| | | Cancun | 77504 | |
|--|--|--------|-------|--|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.34 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
|------|--------------------------------|------------------------------|--------------------------------|------|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |

| | | Cancun | 77504 | |
|--|--|--------|-------|--|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.35 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|------|--------------------------------|------------------------------|---------------------------------------------------|------|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |

| | | Cancun | 77504 | |
|--|--|--------|-------|--|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.36 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
|------|--------------------------------|------------------------------|---------------------------------------------|------|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |

| | | Cancun | 77504 | |
|--|--|--------|-------|--|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| 2.37 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
|------|----------------------------------|------------------------------|------------------------------------------|------|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |

| | | Cancun | 77504 | |
|--|--|--------|-------|--|
| | | City | State | ZIP Code |
| | | Mexico | | |
| | | Country | | |

| Debtor: | Embassy of the Seas Limited | | Case number *(if known):* | 25-10818 |
|---|---|---|---|---|
| | Name | | | |

| 2.38 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun / 77504 | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.39 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun / 77504 | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.40 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun / 77504 | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.41 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | St. Augustine / FL / 32080 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

| 2.42 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | St. Augustine / FL / 32080 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*: 25-10818

| 2.43 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | Prudential Legacy Insurance Company of New Jersey | ☒ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | St. Augustine / FL / 32080 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

| 2.44 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | The Prudential Insurance Company of America | ☒ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | St. Augustine / FL / 32080 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

| 2.45 | MS Leisure Company | 4400 Rickenbacker Causeway | Cigna Health and Life Insurance Company | ☒ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Miami / FL / 33149 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

| 2.46 | MS Leisure Company | 4400 Rickenbacker Causeway | Leisure Investment Funding LLC | ☒ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Miami / FL / 33149 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

| 2.47 | MS Leisure Company | 4400 Rickenbacker Causeway | Prudential Legacy Insurance Company of New Jersey | ☒ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Miami / FL / 33149 | | |
| | | City / State / ZIP Code | | |
| | | Country | | |

Debtor: Embassy of the Seas Limited
Name

Case number *(if known):* 25-10818

| 2.48 | MS Leisure Company | 4400 Rickenbacker Causeway | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Miami | FL | 33149 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.49 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | |
| | | | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.50 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | |
| | | | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.51 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | |
| | | | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.52 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Punta Sur C.P. | | | | |
| | | | | | | ☐ G |
| | | Isla Mujeres | | 77400 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known):*    25-10818

| 2.53 | The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Duck Key | FL | 33050 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.54 | The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Duck Key | FL | 33050 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.55 | The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Duck Key | FL | 33050 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.56 | The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Duck Key | FL | 33050 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.57 | Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | Quintana Roo | | | | ☐ G |
| | | Cancun | | | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

Debtor: Embassy of the Seas Limited

Case number *(if known):* 25-10818

| | Name | | | | |
|---|---|---|---|---|---|

**2.58** Triton Investments Holdings LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

| City | State | ZIP Code |
|---|---|---|

Mexico

Country

Leisure Investment Funding LLC

☑ D

☐ E/F

☐ G

**2.59** Triton Investments Holdings LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

| City | State | ZIP Code |
|---|---|---|

Mexico

Country

Prudential Legacy Insurance Company of New Jersey

☑ D

☐ E/F

☐ G

**2.60** Triton Investments Holdings LLC

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

| City | State | ZIP Code |
|---|---|---|

Mexico

Country

The Prudential Insurance Company of America

☑ D

☐ E/F

☐ G

**2.61** Viajero Cibernético, S.A. de C.V.

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

| City | State | ZIP Code |
|---|---|---|

Mexico

Country

Cigna Health and Life Insurance Company

☑ D

☐ E/F

☐ G

**2.62** Viajero Cibernético, S.A. de C.V.

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,

Street

Quintana Roo

Cancun

| City | State | ZIP Code |
|---|---|---|

Mexico

Country

Leisure Investment Funding LLC

☑ D

☐ E/F

☐ G

Debtor: Embassy of the Seas Limited
Name

Case number *(if known)*:   25-10818

| 2.63 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☒ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City          State          ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.64 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☒ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City          State          ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10818 (LSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/04/2025
           MM / DD / YYYY

✖ / s / Robert Wagstaff
Signature of individual signing on behalf of debtor

Robert Wagstaff
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR
EMBASSY OF THE SEAS LIMITED  (CASE NO. 25-10818)**

---

[1]  Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

**Fill in this information to identify the case:**

Debtor Name: In re : Embassy of the Seas Limited

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 25-10818 (LSS)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

---

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY    MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY    MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $ _____ |

Debtor: Embassy of the Seas Limited                                    Case number *(if known)*:    25-10818
_____                        _____
Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $ _____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $ _____ |

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*:    25-10818
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575 . (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | _____<br>Creditor's Name | _____ | $ _____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | _____<br>Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | _____ | | | ☐ Other |
| | City          State       ZIP Code | | | |
| | _____<br>Country | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|
| 4.1 | _____<br>Insider's Name | _____ | $ _____ | _____ |
| | _____<br>Street | | | |
| | _____<br>City          State       ZIP Code | | | |
| | _____<br>Country | | | |
| | **Relationship to Debtor** | | | |
| | _____ | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:   Embassy of the Seas Limited
_____
Name

Case number *(if known)*:   25-10818
_____

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ Creditor's Name _____ Street _____ _____ City   State   ZIP Code _____ Country | _____ | _____ | $ _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ Creditor's Name _____ Street _____ City   State   ZIP Code _____ Country | _____ Last 4 digits of account number: XXXX– _____ | _____ | $ _____ |

Debtor:  Embassy of the Seas Limited

Case number *(if known)*:    25-10818

Name

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | | | Name | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State        ZIP Code | |
| | | | Country | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City        State        ZIP Code | | City        State        ZIP Code |
| | Country | **Date of order or assignment** | Country |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*    25-10818

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Country | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*: 25-10818

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

Debtor: Embassy of the Seas Limited

Name

Case number *(if known):* 25-10818

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | | | | $ |

| | | |
|---|---|---|
| | **Address** | |
| | Street | |
| | City       State       ZIP Code | |
| | Country | |
| | **Email or website address** | |
| | **Who made the payment, if not debtor?** | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

| | | |
|---|---|---|
| | **Trustee** | |

Debtor: Embassy of the Seas Limited

Case number *(if known)*: 25-10818

Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | | | | $ |

**Address**

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

| Debtor: | Embassy of the Seas Limited | | Case number *(if known)*: | 25-10818 |
| | Name | | | |

<div style="background:black;color:white;display:inline-block;">**Part 7:**</div>  **Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 _____<br>Street<br><br>_____<br><br>_____<br>City          State          ZIP Code<br><br>_____<br>Country | From _____  To _____ |

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*:  25-10818
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | **Facility Name and Address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1 | Facility Name |  |  |
|  | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|  | City          State          ZIP Code |  | Check all that apply:<br>☐ Electronically<br>☐ Paper |
|  | Country |  |  |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited

Case number *(if known)*:  25-10818

Name

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained.  _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor:  Embassy of the Seas Limited
         _____
         Name

Case number *(if known):*  25-10818
                           _____

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name _____ <br><br> Street _____ <br><br> _____ <br><br> City    State    ZIP Code <br> _____ <br> Country | XXXX-____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name _____ <br><br> Street _____ <br><br> _____ <br> City    State    ZIP Code <br> _____ <br> Country | _____ <br><br> **Address** <br> _____ | _____ | ☐ No <br><br> ☐ Yes |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*:    25-10818
_____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | | | | ☐ No |
| | Name | | | |
| | Street | | | ☐ Yes |
| | | | | |
| | | **Address** | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Embassy of the Seas Limited
Name

Case number *(if known)*    25-10818

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 _____ Name<br>_____ Street<br>_____<br>_____ City   State   ZIP Code<br>_____ Country | _____ | _____ | $ _____ |

Debtor: Embassy of the Seas Limited
_____
Name

Case number *(if known)*:  25-10818
_____

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☒ No

   ☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | _____ | _____ Name | _____ | ☐ Pending |
| | | | | ☐ On appeal |
| | | _____ Street | | ☐ Concluded |
| | Case Number | _____ | | |
| | _____ | _____ City    State    ZIP Code | | |
| | | _____ Country | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒ No

   ☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | _____ Name | _____ Name | _____ | _____ |
| | _____ Street | _____ Street | | |
| | _____ | _____ | | |
| | _____ City    State    ZIP Code | _____ City    State    ZIP Code | | |
| | _____ Country | _____ Country | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited
Name

Case number *(if known)*:     25-10818

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City          State          ZIP Code | City          State          ZIP Code | | |
| | Country | Country | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited

Name

Case number *(if known):* 25-10818

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Zoomarine Italia SPA<br>Name | Dolphin Attraction | EIN: 6157981009 |
| Via Casablanca 61, 00071 Torvaianica<br>Street | | **Dates business existed**<br>From 2005        To Present |
| <br>Pomezia<br>City            State          ZIP Code | | |
| Italy<br>Country | | |

**26.    Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1 Javier Otero Ibarra - Mexico Comptroller<br>Name | From 9/23/2002        To Present |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street | |
| Cancun            QR              77504<br>City            State          ZIP Code | |
| Mexico<br>Country | |
| 26a.2 Martin Flores  - Controller<br>Name | From 2004        To 2025 |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street | |
| Cancun            QR              77504<br>City            State          ZIP Code | |
| Mexico<br>Country | |
| 26a.3 Sergio Jacome Palma - Chief Financial Officer<br>Name | From 2017        To 2025 |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street | |
| Cancun            QR              77504<br>City            State          ZIP Code | |
| Mexico<br>Country | |

---

Debtor: Embassy of the Seas Limited

Case number (if known): 25-10818

Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| **26b.1** Eduardo Albor | | | From | 1994 | To | 2025 |
| Name | | | | | | |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13 | | | | | | |
| Street | | | | | | |
| Cancun | QR | 77504 | | | | |
| City | State | ZIP Code | | | | |
| Mexico | | | | | | |
| Country | | | | | | |
| **26b.2** FTI Consulting, Inc. | | | From | 2023 | To | 2024 |
| Name | | | | | | |
| 555 12th Street North West | | | | | | |
| Street | | | | | | |
| Suite 700 | | | | | | |
| Washington | DC | 20004 | | | | |
| City | State | ZIP Code | | | | |
| Country | | | | | | |
| **26b.3** Martin Flores | | | From | 2004 | To | 2025 |
| Name | | | | | | |
| Banco Chinchorro 87 | | | | | | |
| Street | | | | | | |
| Cancun | QR | 77504 | | | | |
| City | State | ZIP Code | | | | |
| Mexico | | | | | | |
| Country | | | | | | |
| **26b.4** RSM México Bogarín S.C | | | From | 2024 | To | 2024 |
| Name | | | | | | |
| Blvd. Manuel Ávila Camacho No. 76 PB | | | | | | |
| Street | | | | | | |
| Mexico City | | 11100 | | | | |
| City | State | ZIP Code | | | | |
| Mexico | | | | | | |
| Country | | | | | | |
| **26b.5** Sergio Jacome Palma | | | From | 2017 | To | 2025 |
| Name | | | | | | |
| Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13 | | | | | | |
| Street | | | | | | |
| Cancun | QR | 77504 | | | | |
| City | State | ZIP Code | | | | |
| Mexico | | | | | | |
| Country | | | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited

Name

Case number *(if known)*:   25-10818

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 Carr, Riggs and Ingram, LLC<br>Name<br><br>14101 Panama City Beach Pkwy<br>Street<br><br>Suite 200<br><br>Panama City    FL    32405<br>City        State    ZIP Code<br><br>Country | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2 Eduardo Albor<br>Name<br><br>Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street<br><br>Cancun    QR    77504<br>City        State    ZIP Code<br><br>Mexico<br>Country | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3 Javier Otero<br>Name<br><br>Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street<br><br>Cancun    QR    77504<br>City        State    ZIP Code<br><br>Mexico<br>Country | |

Debtor: Embassy of the Seas Limited
Name

Case number *(if known)*: 25-10818

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4 Martin Flores Merino
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street

| Cancun | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5 Sergio Jacome Palma
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street

| Cancun | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1 Cigna Health and Life Insurance Company
Name

900 Cottage Grove Road
Street

| Bloomfield | CT | 06002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Embassy of the Seas Limited

Name

Case number (if known):    25-10818

| **Name and address** |
| --- |

26d.2  Leisure Investment Funding LLC
Name

9 West 57th Street, 40th Floor
Street

| New York | NY | 10019 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| **Name and address** |
| --- |

26d.3  Prudential Legacy Insurance Company of New Jersey
Name

655 Board Street, 17th Floor
Street

South Tower

| Newark | NJ | 07102 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| **Name and address** |
| --- |

26d.4  The Prudential Insurance Company of America
Name

Two Prudential Plaza 180 N. Stetson Avenue
Street

Suite 5600

| Chicago | IL | 60601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| **Name and address** |
| --- |

26d.5  Wilmington Trust, National Association
Name

50 South Sixth Street
Street

Suite 1290

| Minneapolis | MN | 55402 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Embassy of the Seas Limited
_____
Name

Case number (if known): 25-10818
_____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 _____ |
| Name |
| _____ |
| Street |
| _____ |
| City          State          ZIP Code |
| _____ |
| Country |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, QR  77504, Mexico | Shareholder | 100.00% |
| 28.2 | Robert Wagstaff | 600 Brickell Avenue, Suite 2550, Miami, FL 33131 | Chief Restructuring Officer | 0.00% |
| 28.3 | Steven Strom | 15412 Front Beach Rd, Panama City Beach, FL  32413 | Independent Director | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Concepcion Esteban Manchado | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Chief Legal Officer | From Unknown  To 3/28/2025 |
| 29.2 | Concepcion Esteban Manchado | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Director | From Unknown  To 3/28/2025 |
| 29.3 | Eduardo Albor | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Chief Executive Officer | From Unknown  To 3/28/2025 |
| 29.4 | Eduardo Albor | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Director | From Unknown  To 3/28/2025 |
| 29.5 | Sergio Said Jacome Palma | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Chief Financial Officer | From Unknown  To 3/28/2025 |
| 29.6 | Travis William Burke | 27 Old Gloucester Street, London WCIN 3AX, United Kingdom | Director | From Unknown  To 3/28/2025 |

Debtor: Embassy of the Seas Limited        Case number *(if known)*:    25-10818

Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |

**Part 14:**    **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/04/2025

               MM / DD / YYYY

✖    / s / Robert Wagstaff                                          Printed name    Robert Wagstaff

    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor    Chief Restructuring Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑    No

☐    Yes